**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**AMERICAN ATHEISTS, INC.;**
**BETTY JO FERNAU;**
**CATHERINE SHOSHONE;**
**ROBERT BARRINGER; and**
**KAREN DEMPSEY**           **PLAINTIFFS**

v.        Case No. 4:19-cv-00017-KGB

**STANLEY JASON RAPERT, in his**
**individual an official capacity**       **DEFENDANT**

## ORDER

Before the Court is plaintiffs' motion for temporary restraining order and preliminary injunction and request for expedited hearing (Dkt. No. 5). The Court will hold a hearing regarding the motion on Tuesday, January 15, 2019, beginning at 9:00 a.m. C.T., at the Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Little Rock, Arkansas, Room No. 4C.

So ordered this the 10th day of January, 2019.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge