# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS

**AMERICAN ATHEISTS, INC.;**
**BETTY JO FERNAU;**
**CATHERINE SHOSHONE;**
**ROBERT BARRINGER; and**
**KAREN DEMPSEY,**                                                              **PLAINTIFFS**

    **v.**                **Case No. 4:19-cv-17-KGB**

**STANLEY JASON RAPERT, in his individual**
**and official capacity,**                                                    **DEFENDANT**

## MOTION TO DISMISS AS TO STANLEY JASON RAPERT INDIVIDUALLY

    Defendant Jason Rapert, in his individual capacity, moves to dismiss Plaintiffs' complaint.

For the reasons stated in the accompanying brief, Defendant's motion should be granted.

                                              Respectfully submitted,

                                              */s/ Paul Byrd*
                                              Paul Byrd, Ark. Bar No. 85020
                                             Paul Byrd Law Firm, PLLC
                                             415 N. McKinley St. Ste. 210
                                             Little Rock, AR 72205
                                             (501) 420-3050
                                             (501) 420-3128 fax
                                             paul@paulbyrdlawfirm.com

                                             *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I, Paul Byrd, hereby certify that on January 14, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of the filing to any participants.

*/s/ Paul Byrd*
Paul Byrd