FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 1 5 2019

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**AMERICAN ATHEISTS, INC.,** *et al.*
Plaintiff
Attorneys: Phillip Kaplan, Bonnie Johnson
Geoffrey Blackwell, Allison Gladden

JUDGE: Kristine G. Baker
REPORTERS: Elaine Hinson
and Karen Baker
CRD: Tracy Washington
DATE: January 15, 2019

v.                    Case No. 4:19-cv-00017 KGB

**STANLEY JASON RAPERT,**
*in his individual and official capacity*
Defendant
Attorneys: Dylan Jacobs, Nicholas Bronni
Paul Byrd, William Bird

### MINUTES – TEMPORARY RESTRAINING ORDER HEARING

**TIME**     *Tuesday, January 15, 2019 (Court Reporters: Elaine Hinson and Karen Baker)*

9:02   Court in session;
9:05   Phil Kaplan, counsel for plaintiffs, begins opening statements;
9:12   Plaintiffs' opening statements conclude;
        Opening statements by Dylan Jacobs, counsel for defendant;
9:15   Opening statements by Paul Byrd, co-counsel for defendant;
9:16   Opening statements by Paul Byrd concludes;
        Plaintiff calls Karen Dempsey as Witness No. 1;
9:18   Direct examination of Karen Dempsey by Phil Kaplan begins;
        Exhibits 1, 2, 3, 5, 6, 7, 8, 9, and 10 admitted;
9:43   Direct examination concludes;
        Cross examination by William Bird begins;
9:48   Cross examination by William Bird concludes;
        Cross examination by Paul Byrd begins;
9:49   Cross examination by Paul Byrd concludes;
        Witness No. 1 is excused;
        Plaintiffs call Catherine Shoshone as Witness No. 2;
        Direct examination by Phil Kaplan begins;
        Exhibits 11, 12, 13, 14, and 15 admitted;
10:00  Direct examination concludes;
        Cross examination by William Bird begins;
10:04  Cross examination concludes;
        Redirect examination begins;
10:05  Redirect examination concludes;
        Witness No. 2 is excused;
10:05  Recess;

| | |
|---|---|
| 10:19 | Court back in session; |
| | Plaintiffs call Robert Barringer as Witness No. 3; |
| 10:25 | Direct examination concludes; |
| | Cross examination by William Bird begins; |
| 10:28 | Cross examination by William Bird concludes; |
| | Cross examination by Paul Byrd begins; |
| 10:31 | Cross examination by Paul Byrd concludes; |
| | Witness No. 3 is excused; |
| | Exhibit 16 is admitted over the objection of the defendant; |
| | Exhibit 17 admitted; |
| 10:38 | Plaintiffs rest; |
| | Defendant presents Defense Exhibits 1, 2, 3, 4 and 5 admitted; |
| 10:54 | Recess; |
| 11:05 | Court back in session; |
| | Arguments by Phil Kaplan on behalf of plaintiffs begin; |
| 11:20 | Plaintiff concludes arguments; |
| | Arguments by Dylan Jacobs on behalf of defendant; |
| 11:45 | Arguments on behalf of defendant by Paul Byrd begin; |
| 11:49 | Arguments on behalf of defendant conclude; |
| | Plaintiffs begin rebuttal; |
| 11:56 | Plaintiffs rebuttal concludes; |
| | The plaintiffs request that the Court consider this as a preliminary injunction and temporary restraining order as one to which the defendant joined and requested time to file a written response; |
| | The Court took the matter under advisement; |
| 12:03 | Court adjourned. |