AO 187 (Rev. 7/87) Exhibit and Witness List

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 15 2019
JAMES W. McCORMACK, CLERK
By: ___mw___
DEP CLERK

# United States District Court
## *Eastern District of Arkansas*

American Atheists, Inc.     v.     Stanley Jason Rapert

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 4:19-cv-00017

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Kristine G. Baker | Phil Kaplan | Dylan Jacobs |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 01/15/2019 | Elaine Hinson | Tracy Washington |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 01/15/2019 | X | X | Affidavit of Sen. Rapert |
| 2 | | 01/15/219 | X | X | Email exchange with Betty Fernau |
| 3 | | 01/15/2019 | X | X | Email exchange with Starr Stuff |
| 4 | | 01/15/2019 | X | X | Email exchange with Betty Fernau |
| 5 | | 01/15/2019 | X | X | Screen shot of Sen. Rapert's personal Twitter account |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages