IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

AMERICAN ATHEISTS, INC.;
BETTY JO FERNAU;
CATHERINE SHOSHONE;
ROBERT BARRINGER; and
KAREN DEMPSEY,                                                                          PLAINTIFFS

v.                             Case No. 4:19cv17-KGB

STANLEY JASON RAPERT,
*In his individual and official capacity,*                                                DEFENDANT

## REQUEST FOR LEAVE TO FILE REPLY

Plaintiffs, for their request for leave to file a reply, state:

1. Plaintiffs respectfully request leave to file the attached reply in response to Defendant's argument that Plaintiffs are not entitled to a Preliminary Injunction.

2. Plaintiffs' reply seeks to:

    a. explain the delay in filing this lawsuit, which Defendant holds out as a reason for the Court to deny the requested injunctive relief;

    b. respond to Defendant's Affidavit in which he mischaracterizes his Facebook and Twitter accounts; and,

    c. respond to various legal arguments made by Defendant.

3. The following Exhibit is attached to this Motion:

1

    a. Exhibit 1: Proposed Reply Brief with one (1) exhibit

WHEREFORE, Plaintiffs respectfully request that this Court accept the attached reply for filing in this action, and that the Court grant the Plaintiffs all other just and proper relief.

                                Respectfully submitted,

By:   /s/ Philip E. Kaplan
       Philip E. Kaplan
       Ark. Bar No. 68026
       *pkaplan@williamsanderson.com*
       Bonnie Johnson
       Ark. Bar No. 2005165
       *bjohnson@williamsanderson.com*
       Williams & Anderson, PLC
       111 Center St.
       Little Rock, AR 72201
       P: (501) 859-0575
       F: (501) 372-6453

       *Counsel for Plaintiffs*

       Of Counsel:
       Geoffrey T. Blackwell
       N.J. Bar No. 120332014
       Pa. Bar No. 319778
       American Atheists, Inc.
       718 7th St. NW
       Washington, D.C. 20001

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice to all counsel of record:

Dylan L. Jacobs
Assistant Solicitor General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
dylan.jacobs@arkansasag.gov

Paul Byrd
Paul Byrd Law Firm, PLLC
415 N. McKinley St. Ste. 210
Little Rock, AR 72205
paul@paulbyrdlawfirm.com

/s/ Philip E. Kaplan (AR68026)