IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| AMERICAN ATHEISTS, INC.;<br>BETTY JO FERNAU;<br>CATHERINE SHOSHONE;<br>ROBERT BARRINGER; and<br>KAREN DEMPSEY, | | PLAINTIFFS |
| v. | Case No. 4:19cv17-KGB | |
| STANLEY JASON RAPERT,<br>in his individual and official capacity, | | DEFENDANT |

## REQUEST FOR LEAVE TO FILE REPLY

Defendant, Jason Rapert, in his individual capacity, for his request for leave to file a reply, states:

1. Defendant Jason Rapert respectfully requests leave to file the attached reply in response to Plaintiffs' argument that the individual capacity lawsuit should not be dismissed.

2. Defendant's reply seeks to:

    a. Add clarity on whether Jason Rapert's social media profiles are private in nature.

    b. Add clarity on whether Jason Rapert's social media profiles are a forum that the State of Arkansas has intentionally opened to facilitate the expression of others.

3. The following Exhibit is attached to this Motion:

    a. Exhibit A: Proposed Reply Brief

WHEREFORE, Defendant Jason Rapert respectfully requests that this Court accepts the attached reply for filing in this action, and that the Court grants Defendant Jason Rapert all other just and proper relief.

1

Respectfully submitted,

*/s/ Paul Byrd*
Paul Byrd, Ark. Bar No. 85020
Paul Byrd Law Firm, PLLC
415 N. McKinley St. Ste. 210
Little Rock, AR 72205
(501) 420-3050
(501) 420-3128 fax
paul@paulbyrdlawfirm.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, Paul Byrd, hereby certify that on February 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of the filing to any participants.

*/s/ Paul Byrd*
Paul Byrd