IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AMERICAN ATHEISTS, INC.;
BETTY JO FERNAU;
CATHERINE SHOSHONE;
ROBERT BARRINGER; and
KAREN DEMPSEY                                                                           PLAINTIFFS

v.                          Case No. 4:19-cv-17-KGB

STANLEY JASON RAPERT,
In His Individual and Official Capacity                                              DEFENDANT

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Defendant, Stanley Jason Rapert, in his individual capacity.

Date:  January 26, 2021                         Ashley Jordan Davis, AR 2017034

                                                415 N. McKinley St., Suite 210
                                                Little Rock, AR 72205
                                                jordan@paulbyrdlawfirm.com
                                                T: (501) 420-3050
                                                F: (501) 420-3128