IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AMERICAN ATHEISTS, INC.;
BETTY JO FERNAU;
CATHERINE SHOSHONE;
ROBERT BARRINGER; and
KAREN DEMPSEY                                                                                  PLAINTIFFS

v.                                        Case No. 4:19-cv-00017-KGB

STANLEY JASON RAPERT, in his
individual an official capacity                                                                 DEFENDANT

## ORDER

Before the Court is plaintiffs American Atheists, Inc., Betty Jo Fernau, Catherine Shoshone, Robert Barringer, and Karen Dempsey's (jointly "plaintiffs") unopposed motion to extend discovery and other deadlines (Dkt. No. 54). Plaintiffs request the Court extend the deadline to complete discovery to December 14, 2021, and to extend similarly all subsequent deadlines (*Id.*, ¶ 4). Plaintiffs state that defendant Stanley Jason Rapert's counsel does not oppose the motion (*Id.*, ¶ 5). For good cause shown, the Court grants the motion (Dkt. No. 54). This case is removed from the November 1, 2021, trial calendar. The Court will issue an amended final scheduling order by separate order.

So ordered this the 17th day of August, 2021.

_____
Kristine G. Baker
United States District Judge