

**AMERICAN ATHEISTS**

Geoffrey T. Blackwell <gblackwell@atheists.org>

## Conference call regarding discovery
1 message

**Geoffrey T. Blackwell** <gblackwell@atheists.org>                                        Mon, Aug 2, 2021 at 1:27 PM
To: Paul Byrd <paul@paulbyrdlawfirm.com>, erin@paulbyrdlawfirm.com, jane@paulbyrdlawfirm.com, Jordan Davis <jordan@paulbyrdlawfirm.com>, missy@paulbyrdlawfirm.com, paulbyrd@aristotle.net, sara@paulbyrdlawfirm.com, "William C. Bird III" <william.bird@arkansasag.gov>, agcivil@arkansasag.gov, Katie Wilson <katie.wilson@arkansasag.gov>, nicholas.bronni@arkansasag.gov, jordanashleydavis@gmail.com, Dylan Jacobs <dylan.jacobs@arkansasag.gov>
Cc: Abtin Mehdizadegan <abtin@cgwg.com>

Good afternoon, everyone.

We would like to set aside time to discuss discovery, preferably between now and this Thursday. I am free this afternoon (Monday, Aug. 2) after 1:30 pm Central time, tomorrow after 1 pm Central, Wednesday after 11:00 am Central, and at any time on Thursday.

Please let me know if any of those times suit your schedules.

Thank you for your time and attention.
_____
Geoffrey T. Blackwell, Esq.
(he/him/his)
Litigation Counsel
American Atheists Legal Center
American Atheists, Inc.

This email message is intended only for the use of the individual or entity named above and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If this email was received by you as a result of an error, please immediately contact American Atheists, Inc. and destroy this email and all copies.

IRS Circular 230 disclosure: Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication.