

Geoffrey T. Blackwell <gblackwell@atheists.org>

# American Atheists, et al v. Rapert; Responses to Plaintiffs' discovery requests
1 message

**Geoffrey T. Blackwell** <gblackwell@atheists.org>    Tue, Aug 31, 2021 at 1:21 PM
To: "William C. Bird III" <william.bird@arkansasag.gov>, Paul Byrd <paul@paulbyrdlawfirm.com>
Cc: Abtin Mehdizadegan <abtin@cgwg.com>, Bryan Borland <bborland@cgwg.com>

Good afternoon, gentlemen.

Last Tuesday, I clarified Request for Production No. 6 from Plaintiffs' first set of discovery requests to Defendant in his official capacity and that Request for Production No. 4 seeks a complete copy of the identified social media accounts. We received no substantive response or production from you after that date.

Plaintiffs' requests were first served on the Defendant on March 5, 2021, and we are well past the date on which a complete response was required. If, by Friday, September 3rd, the Plaintiffs have not received a supplemental response from the Defendant addressing the deficiencies discussed in my letter dated June 8, 2021, and our conference call on August 11, 2021, the Plaintiffs will have no choice but to file a motion to compel.

_____
Geoffrey T. Blackwell, Esq.
(he/him/his)
Litigation Counsel
American Atheists Legal Center
American Atheists, Inc.

This email message is intended only for the use of the individual or entity named above and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If this email was received by you as a result of an error, please immediately contact American Atheists, Inc. and destroy this email and all copies.

IRS Circular 230 disclosure: Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication.