IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AMERICAN ATHEISTS, INC.;
BETTY JO FERNAU;
CATHERINE SHOSHONE;
ROBERT BARRINGER; and
KAREN DEMPSEY                                                                            PLAINTIFFS,

vs.                              Case No. 4:19-cv-17-KGB

STANLEY JASON RAPERT,
*In his individual and official capacity*                                                DEFENDANT.

## MOTION TO WITHDRAW AS COUNSEL FOR THE DEFENDANT

Comes now the Petitioner, Ashley Jordan Davis, Ark. Bar No. 2017034, and for her Motion to Withdraw as Counsel for the Defendant states that:

1. Paul Byrd Law Firm, PLLC was hired to represent the Defendant in the above-referenced case.

2. Ashley Jordan Davis served as counsel for the Defendant while employed at Paul Byrd Law Firm, PLLC.

3. Ashley Jordan Davis is no longer employed at Paul Byrd Law Firm, PLLC.

4. Ashley Jordan Davis is not in possession of any unearned fees from the Defendant, and the Defendant's file has been retained by Paul Byrd Law Firm, PLLC.

5. Because Defendant has other counsel, no prejudice will occur by the withdrawal of Ashley Jordan Davis.

6. Ashley Jordan Davis respectfully requests that she be relieved as Defendant's attorney of record.

**WHEREFORE**, good cause having been shown to exist, Ashley Jordan Davis, moves this honorable Court to relieve her as counsel in this matter immediately.

Respectfully submitted,

Ashley Jordan Davis
Ark. Bar No. 2017034
Attorney at Law
P.O. Box 94442
North Little Rock, AR 72190
T: (501) 722-3503
Email: jordanashleydavis@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that, on September 7, 2021, I caused a true and correct copy of the foregoing to be served on counsel of record by electronically filing it with the Clerk of the Court using the ECF system, which will send notification of such filing to the registered participants.

    Ashley Jordan Davis
Ashley Jordan Davis