IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| AMERICAN ATHEISTS, INC.;<br>BETTY JO FERNAU;<br>CATHERINE SHOSHONE;<br>ROBERT BARRINGER; and<br>KAREN DEMPSEY, | PLAINTIFFS |
| v.   Case No. 4:19cv17-KGB | |
| STANLEY JASON RAPERT,<br>in his individual and official capacity, | DEFENDANT |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5(d) Paul Byrd of Paul Byrd Law Firm, PLLC, respectfully moves this Honorable Court for an order granting admission *pro hac vice* of Hunter W. Lundy with Lundy, Lundy, Soileau & South, L.L.P., for the purpose of appearing as counsel on behalf of Defendant in the above-captioned case only.  In support of this Motion, the undersigned states:

1.Hunter W. Lundy is a resident of Louisiana.  He is a licensed and active attorney in good standing and practices law in both Mississippi and Louisiana, which offer similar *pro hac vice* to any state of federal court.  Mr. Lundy's contact information and bar numbers are as follows:

> Hunter W. Lundy
> Lundy, Lundy, Soileau & South, L.L.P.
> 501 Broad Street
> Lake Charles, LA. 70601
> Tel: (337) 439-0707
> Fax: (337) 439-1029
> Email: hlundy@lundylawllp.com
> MS Bar No. 1495
> LA Bar No.  8938

2.Mr. Lundy is a member in good standing in the State of Mississippi.  His Certificate of Good Standing is attached as Exhibit A.

      3.      Mr. Lundy has not been the subject of disciplinary action by the bar of courts of any jurisdiction in which he is licensed to practice.

      4.      Mr. Lundy has not been denied admission, including admission *pro hac vice*, to any state of federal court.

      5.      Mr. Lundy has tendered payment in the amount of $100.00 for the administrative fees required to process this Motion for Admission *Pro Hac Vice*.

      6.      Undersigned counsel Paul Byrd of the law firm Paul Byrd Law Firm, PLLC has been designated as local attorney, with who the Court and opposing counsel may readily communicate regarding the conduct of this case. Mr. Byrd is a member in good standing of the Bar of the United States District Court for the Eastern District of Arkansas and maintains a law office in Little Rock, Arkansas.

WHEREFORE, undersigned counsel respectfully requests that this Court enter an order of admission *pro hac vice* of Hunter W. Lundy for the purposes of this case only.

Respectfully submitted,

   *Paul Byrd*
Paul Byrd, Ark. Bar No. 85020
Paul Byrd Law Firm, PLLC
415 N. McKinley St. Ste. 210
Little Rock, AR 72205
(501) 420-3050
(501) 420-3128 fax
paul@paulbyrdlawfirm.com

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 4, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which shall send copies to of the foregoing pleading to the following:

Dylan L. Jacobs
Assistant Solicitor General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
dylan.jacobs@arkansasag.gov

Philip E. Kaplan (AR68026)
Williams & Anderson PLC
111 Center Street, Ste. 2200
Little Rock, AR 72201
501-372-0800
pkaplan@williamsanderson.com

Geoffrey T. Blackwell
American Atheists, Inc.
718 7th St. NW
Washington, DC 30001
908-276-7300
legal@atheists.org

                                                 *Paul Byrd*
                                                 Paul Byrd