# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| AMERICAN ATHEISTS, INC.; <br> BETTY JO FERNAU; <br> CATHERINE SHOSHONE; <br> ROBERT BARRINGER; and <br> KAREN DEMPSEY | **PLAINTIFFS** |
| v. Case No. 4:19-cv-00017-KGB | |
| STANLEY JASON RAPERT, in his <br> individual and official capacity | **DEFENDANT** |

## ORDER

Before the Court is plaintiffs American Atheists, Inc., Betty Jo Fernau, Catherine Shoshone, Robert Barringer, and Karen Dempsey's (collectively "plaintiffs") opposed motion to extend discovery and other deadlines (Dkt. No. 74). Plaintiffs request an extension of 45 days to complete discovery and a similar extension for subsequent deadlines (*Id.*, ¶ 5). Plaintiffs represent that defendant Stanley Jason Rapert ("State Senator Rapert") has not responded to their request for a 45-day delay (*Id.*, ¶ 9). However, the plaintiffs represent that State Senator Rapert consented to a "lengthier extension" that the plaintiffs determined was more time than they actually needed (*Id.*, ¶ 8).

For good cause shown, the Court grants the motion (Dkt. No. 74). The Court will set new deadlines by separate order.

It is so ordered this 14th day of June, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge