# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| AMERICAN ATHEISTS, INC.;<br>BETTY JO FERNAU;<br>CATHERINE SHOSHONE;<br>ROBERT BARRINGER; and<br>KAREN DEMPSEY | PLAINTIFFS |
| v.   Case No. 4:19-cv-00017-KGB | |
| STANLEY JASON RAPERT, in his<br>individual and official capacity | DEFENDANT |

## ORDER

Before the Court is Stanley Jason Rapert's motion to withdraw as counsel (Dkt. No. 73). Senior Assistant Attorney General William C. Bird respectfully requests permission to withdraw as counsel for Mr. Rapert, in his official capacity, in this case (*Id.*). Mr. Bird is leaving his employment with the Office of the Attorney General effective May 6, 2022, and will no longer be involved in this case (*Id.*). For good cause shown, the Court grants the motion (*Id.*). The Court directs the Clerk of Court to terminate William C. Bird as counsel of record for Mr. Rapert.

It is so ordered this 18th day of July, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge