IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| AMERICA ATHEISTS INC.; <br> BETTY JO FERNAU; <br> CATHERINE SHSHONE; <br> ROBERT BARRINGER; and <br> KAREN DEMPSEY | **PLAINTIFFS** |
| v.      Case No. 4:19-cv-00017-KGB | |
| STANLEY JASON RAPERT, in his <br> Individual and official capacity | **DEFENDANT** |

## MOTION TO CONTINUE TRIAL DATE

Comes now Defendant, Stanley Jason Rapert, by and through his undersigned counsel, and for his Motion to Continue Trial Date states:

1. Upon the Court's own motion, trial for this case was set for October 3, 2022.

2. Counsel for Defendant has a jury trial set by Court Scheduling Order for Monday, October 3rd, 2022 (See *MARY KATHERINE MYERS, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF MICHAEL MYERS, DECEASED, AND ON BEHALF OF THE WRONG DEATH BEENFICIARIES OF MICHAEL MYERS, DECEASED vs. YAMATO KOGYO COMPANY, LTD et al.* Circuit Court of White County, Arkansas, First Division Action No. 73CV-16-181).

3. The above-mentioned jury trial was set by Court scheduling order on January 31st, 2022.

4. Counsel for Defendant expects above-mentioned jury trial to last approximately ten (10) days.

5. Therefore, Defendant respectfully requests for a minimum of a 30-day continuance of the presently scheduled trial date in this matter.

WHEREFORE, based on the foregoing and for good cause shown, Defendant, Stanley Jason Rapert, respectfully requests that the scheduled trial date be re-set at a date convenient to the Court.

Respectfully submitted,

*Paul Byrd*
Paul Byrd

Paul Byrd, Ark. Bar No. 85020
Paul Byrd Law Firm, PLLC
415 N. McKinley St. Ste. 210
Little Rock, AR 72205
(501) 420-3050
(501) 420-3128 fax
paul@paulbyrdlawfirm.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which shall send copies to of the foregoing pleading to the following:

Dylan L. Jacobs
Assistant Solicitor General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
dylan.jacobs@arkansasag.gov

Abtin Mehdizadegan
Constangy, Brooks, Smith & Prophete LLP
230 Peachtree Street, NW, Suite 2400,
Atlanta, GA, 30303
abtin@cgwg.com

Brittany Nicole Edwards
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-3997
Brittany.edwards@arkansasag.gov

Geoffrey T. Blackwell
American Atheists, Inc.
718 7th St. NW
Washington, DC 30001
908-276-7300
legal@atheists.org

Hunter W. Lundy
Lundy, Lundy, Soileau & South
Post Office Box 3010
Lake Charles, LA 70602
(hlundy@lundylawllp.com)

Nicholas J. Bronni
Ark. Bar No. 2016097
Arkansas Solicitor General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Telephone: (501) 682-6302
Fax: (501) 682-2591
Nicholas. Bronni@arkansasag.gov