# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

AMERICAN ATHEISTS, INC.;
BETTY JO FERNAU;
CATHERINE SHOSHONE;
ROBERT BARRINGER; and
KAREN DEMPSEY                                                                                   PLAINTIFFS

v.                          Case No. 4:19-cv-00017-KGB

STANLEY JASON RAPERT, in his
individual and official capacity                                                                DEFENDANT

## ORDER

Before the Court is defendant Stanley Jason Rapert's unopposed motion to extend deadlines set in the Court's July 26, 2022, Order (Dkt. No. 82).  Mr. Rapert submitted this motion through his official capacity counsel – Assistant Attorney General Brittany Edwards (*Id.*, at 2).  In the motion, Mr. Rapert requests a 10-day extension of all deadlines set forth in the Court's July 26, 2022, Order (*Id.*, at 1–2).  Mr. Rapert represents that plaintiffs American Atheists, Inc., Betty Jo Fernau, Catherine Shoshone, Robert Barringer, and Karen Dempsey (collectively "plaintiffs") do not object to this extension (*Id.*, at 2).

For good cause shown, the Court grants the motion and extends by 10 days all pretrial deadlines set forth in the Third Amended Final Scheduling Order (Dkt. No. 82).  The Court declines at this time to extend the October 3, 2022, trial date, although the Court has under advisement the pending motion to continue the trial date filed by one of the attorneys who represents Mr. Rapert in his individual capacity – John Paul Byrd (Dkt. No. 81).

In accordance with this Order and the Court's July 26, 2022, Order granting plaintiffs' motion to compel, Mr. Rapert shall have until August 12, 2022, to submit a protective order request and must respond to plaintiffs' discovery requests by August 15, 2022 (*see generally* Dkt. No. 78,

at 2–3).  Trial will remain scheduled for October 3, 2022.  The Court will issue a new amended scheduling order with other relevant pretrial deadlines.

It is so ordered this 2nd day of August, 2022.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge