**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| **AMERICAN ATHEISTS, INC.;** | |
| **BETTY JO FERNAU;** | |
| **CATHERINE SHOSHONE;** | |
| **ROBERT BARRINGER; and** | |
| **KAREN DEMPSEY** | **PLAINTIFFS** |
| | |
| **v.** Case No. 4:19-cv-00017-KGB | |
| | |
| **STANLEY JASON RAPERT, in his** | |
| **individual and official capacity** | **DEFENDANT** |

## ORDER

Before the Court is the status of this case. Counsel for defendant Jason Rapert in his official capacity wrote to the Court on August 15, 2022, via informal communication, and indicated that the parties wished to inform the Court that this case will be settled. Counsel indicated that, in an effort to confirm settlement by obtaining necessary signatures, the parties request that the Court grant a second extension of the several deadlines set by the Court in its prior Orders entered July 26, 2022, and August 2, 2022 (*see* Dkt. Nos. 78; 83).

For good cause shown, the Court grants this request. Mr. Rapert shall have until August 23, 2022, to submit a protective order request, to respond to plaintiffs' discovery requests, and to produce a privilege log in conformity with Federal Rule of Civil Procedure 26(b)(5) and consistent with the terms of the Court's July 26, 2022, Order (Dkt. No. 78), should the parties not finalize a settlement agreement. Furthermore, the Court extends to August 23, 2022, the deadline for plaintiffs to submit an attorney's fees petition related to their motion to compel.

2

Trial remains scheduled for October 3, 2022.

It is so ordered this 16th day of August, 2022.

‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ *Kristine G. Baker*
‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ Kristine G. Baker
‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ United States District Judge