IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**AMERICAN ATHEISTS, INC.;**
**BETTY JO FERNAU;**
**CATHERINE SHOSHONE;**
**ROBERT BARRINGER; and**
**KAREN DEMPSEY,** **PLAINTIFFS,**

v.                           **CASE NO. 4:19-cv-17-KGB**

**STANLEY JASON RAPERT,**
*In his individual and official capacity,*                         **DEFENDANT.**

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs American Atheists, Inc., Betty Jo Fernau, Catherine Shoshone, Robert Barringer, and Karen Dempsey hereby stipulate to the dismissal of their Complaint against Defendant Stanley Jason Rapert in his individual capacity and in his official capacity as State Senator. This Stipulation of Dismissal is the result of a settlement agreement reached by the parties.

Pursuant to the terms of the settlement agreement, the Plaintiffs and the Defendant acknowledge that the settlement agreement is a compromise and is not an admission of liability or wrongdoing on the part of Defendant or any employee or agent of Defendant. Plaintiffs disclaim any entitlement to attorneys' fees or costs, including but not limited to under 42 U.S.C. 1988(b) and any orders entered in the Action by the United States District Court for the Eastern District of Arkansas, including the Order dated July 26, 2022, Docket Entry 72.

                                                     Respectfully submitted,

                                                     Geoffrey T. Blackwell, *pro hac vice*
                                                     American Atheists, Inc.

2001 Columbia Pike, #212
Arlington, VA 22204
Phone: 908-603-8787
Fax: (908) 344-3927
Email: gblackwell@atheists.org

*Attorney for Plaintiffs*

LESLIE RUTLEDGE
   Arkansas Attorney General
   Dylan L. Jacobs (2016167)
   Deputy Solicitor General
   Office of the Arkansas Attorney General
   323 Center Street, Suite 200
   Little Rock, AR 72201
   Ph:   (501) 682-2007
   Fax:  (501) 682-2591
   Email: Dylan.Jacobs@ArkansasAG.gov

   *Counsel for Defendant*

Paul Byrd, Ark. Bar No. 85020
Paul Byrd Law Firm, PLLC
415 N. McKinley St. Ste. 210
Little Rock, AR 72205
(501) 420-3050
(501) 420-3128 fax
paul@paulbyrdlawfirm.com

*Counsel for Defendant*