IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AMERICAN ATHEISTS, INC.;
BETTY JO FERNAU;
CATHERINE SHOSHONE;
ROBERT BARRINGER; and
KAREN DEMPSEY                                                                                      PLAINTIFFS

v.                                       Case No. 4:19-cv-00017-KGB

STANLEY JASON RAPERT, in his
individual and official capacity                                                                   DEFENDANT

## ORDER

Before the Court is the status of this case. Plaintiffs American Atheists, Inc., Betty Jo Fernau, Catherine Shoshone, Robert Barringer, and Karen Dempsey filed a stipulation of dismissal on August 24, 2022, representing that the parties had reached an agreement to end this case (Dkt. No. 85). As the settlement agreement is a private agreement between the parties, the Court has not reviewed it. *See generally Hart v. ITC Serv. Grp., Inc.*, Case No. 4:15-CV-00599-DGK, 2017 WL 2728439, at *1 (W.D. Mo. June 23, 2017) (citing *Stalnaker v. Novar Corp.*, 293 F. Supp. 2d 1260, 1263 (M.D. Ala. 2003), and noting that in the context of settlement, most agreements are not part of the court record and are not subject to the common law right of access, as these agreements are "private contract[s] . . . .").

Non-parties reached out to the Court via informal communication on August 29, 2022, and September 9, 2022, respectively. They separately informed the Court that plaintiff Stanley Jason Rapert had allegedly blocked each of them from accessing Mr. Rapert's social media accounts. The Court attaches those communications under seal as Court Exhibit One and Court Exhibit Two.

Should any party to this litigation request that the Court take any action in the light of these communications, the party should so inform the Court by written motion on or before Monday, September 26, 2022.

It is so ordered this 21st day of September, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge