**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**AMERICAN ATHEISTS, INC.;
BETTY JO FERNAU;
CATHERINE SHOSHONE;
ROBERT BARRINGER; and
KAREN DEMPSEY**                                        **PLAINTIFFS**

**v.**                       **Case No. 4:19-cv-00017-KGB**

**STANLEY JASON RAPERT, in his
individual and official capacity**                           **DEFENDANT**

<u>**ORDER**</u>

Before the Court is plaintiffs American Atheists, Inc., Betty Jo Fernau, Catherine Shoshone, Robert Barringer, and Karen Dempsey's ("collectively plaintiffs") stipulation of dismissal (Dkt. No. 85). Plaintiffs represent that the parties have reached an agreement to settle this case and request that it be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (*Id.*).

No parties reached out to the Court on or before September 26, 2022, in response to the Court's September 21, 2022, Order (Dkt. Nos. 86, 88). the Court informed the parties that non-parties had reached out to the Court via informal communication on August 29, 2022, and September 9, 2022, respectively (Dkt. Nos. 86; 88). These non-parties separately informed the Court that defendant Stanley Jason Rapert had allegedly blocked each of them from accessing Mr. Rapert's social media accounts. The Court gave the parties until September 26, 2022, to request that the Court take any action in the light of these communications. None of the parties have made any filings requesting Court action.

As the parties' stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court adopts the stipulation of dismissal (Dkt. No. 85). The Court dismisses

this case and denies as moot defendant Stanley Jason Rapert's pending motion to continue trial date (Dkt. No. 81).

It is so ordered this 27th day of September, 2022.

_____
Kristine G. Baker
United States District Judge