Case: 4:19cv17

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 0 6 2022

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Geoffrey T. Blackwell
Geoffrey Blackwell
1201 South Courthouse Road
Suite 425
Arlington, VA 22204

------------------------------------------------------------

[UNITED] STATES DISTRICT COURT
[SH]EPPARD ARNOLD UNITED STATES COURTHOUSE
CLERK'S OFFICE
600 WEST CAPITOL AVENUE
SUITE A-149
[LITT]LE ROCK, ARKANSAS 72201-3325

OFFICIAL BUSINESS

RECEIVED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS

2022 OCT -6  A 9:28

TAMMY H. DOWNS

```
NIXIE        220   5C 1         7210/01/22
         RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD

BC: 72201332999      2027N274133-00459
```

neopost
09/22/2022
US POSTAGE
$01.68
ZIP 72201
041L11248479
FIRST-CLASS MAIL